# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## OFFICE OF THE CLERK

**JESSICA J. LYUBLANOVITS**
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

**SHEILA HURST-RAYBORN**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Gainesville Division

July 10, 2014

Counsel of Record
5:99cr15 SPM
USA v Kelly

Dear Counsel:

The Clerk's office currently retains exhibits in the above referenced case. Please see ECF docket entry 964.

An Order by this court or a Mandate by the appellate court has closed this case. In accordance with Local Rule 5.2 (**Exhibits - Disposition)**, please be advised that the exhibits will need to be picked up or disposed of by July 24, 2014. You should complete the bottom portion and return it, indicating your preference.

Sincerely,

JESSICA J. LYUBLANOVITS, Clerk

*s/ TiAnn Stark*

by TiAnn S. Stark
Courtroom Deputy Clerk

---

| | |
|---|---|
| ☐ | I will have the exhibits picked up from you office no later than _____. |
| ☐ | I do not desire the return of the exhibits, you may dispose of them. |

_____     _____
Attorney's Signature            Attorney's Name (Printed)

Please circle one -

I represent:    Government    Defendant

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Gainesville Division
401 SE 1st Avenue, STE 243
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
1 N. Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX